# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

AMPIRICAL SOLUTIONS, L.L.C.

VERSUS

STATE OF LOUISIANA THROUGH
THE DEPARTMENT OF ECONOMIC
DEVELOPMENT AND DON PIERSON,
SECRETARY OF THE DEPARTMENT
OF ECONOMIC DEVELOPMENT

NO.  2023 CW 0385

**JULY 28, 2023**

---

In Re:  State of Louisiana through the Department of Economic
        Development and Don Pierson, Secretary of the
        Department of Economic Development, applying for
        supervisory writs, 19th Judicial District Court,
        Parish of East Baton Rouge, No. 636903.

---

**BEFORE:  HOLDRIDGE, CHUTZ, AND PENZATO, JJ.**

> **WRIT DENIED.**

**WRC**
**AHP**

 **Holdridge, J.,** concurs.  The trial court was correct in
finding that the review of the denial of a Louisiana Tax Credit
has not prescribed. However, no opinion is expressed as to
whether the respondent may obtain any tax relief if the tax
credit was denied in error.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT